IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

EQUAL EMPLOYMENT )
OPPORTUNITY COMMISSION )
)
Plaintiff, )
v. ) 1:05CV744
)
GREAT STEAKS, INC. d/b/a )
AUSTIN'S RESTAURANT )
)
Defendant. )
_____ )

ORDER AND JUDGMENT

BEATY, Chief District Judge.

This civil action came before the Court for a trial by jury during a session of court beginning October 5, 2009. The jury returned a verdict on October 7, 2009 [Document #107], in favor of Defendant Great Steaks, Inc., finding no liability for sexual harassment under Title VII of the Civil Rights Acts of 1964 and 1991.

Consistent with the jury's verdict in this case, as returned on October 7, 2009, IT IS ORDERED, ADJUDGED, AND DECREED that a JUDGMENT be entered in favor of Defendant Great Steaks, Inc., and all claims raised by Plaintiff in this case are DISMISSED.

This, the 7th day of October, 2009.

_____
United States District Judge